**Todd M. Friedman, Esq. (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**877 206-4741**
**866 633-0228 facsimile**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOBBY BURGESS,** | ) Case No. **2:10−CV−00922−GEB−KJM** |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL WITH PREJUDICE** |
| **I.C. SYSTEM, INC.,** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Eastern District Court of California, Plaintiff's Notice of Voluntary Dismissal With Prejudice, a copy of which is hereby served upon Defendant.

RESPECTFULLY SUBMITTED this 21st day of June, 2010.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
877 206-4741
866 633-0228 facsimile
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

Notice of Dismissal - 1

1  Filed electronically on this 21st day of June, 2010, with:

2  United States District Court CM/ECF system

3

4  And hereby served upon all parties

5  Notification sent on this 21st day of June, 2010, via the ECF system to:

6  Honorable Garland E. Burrell, Jr.
7  Judge of the United States District Court
   Eastern District of California
8

9  Copy sent via mail on this 21st day of June, 2010, to:

10 Ms. S. Johnson
11 IC System, Inc.
   P.O. Box 64444
12 444 Highway 96 East
13 St. Paul, MN 55164

14

15 By: s/Todd M. Friedman
       Todd M. Friedman
16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Dismissal - 2